**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2423**

_____

GEORGE ELLSWORTH HARRIS,

                Petitioner - Appellant,

      v.

COMMISSIONER OF INTERNAL REVENUE,

                Respondent – Appellee.

_____

On Appeal from the United States Tax Court.
(Tax Ct. No. 24102-06)

_____

Submitted: May 26, 2011          Decided:  May 31, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George Ellsworth Harris, Appellant Pro Se.  Kenneth L. Greene, Supervisory Attorney, Anthony T. Sheehan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., William J. Wilkins, INTERNAL REVENUE SERVICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Ellsworth Harris appeals from the tax court's order upholding the Commissioner's determination of a deficiency in his 1995 income tax.  We have reviewed the record and the tax court's opinion and find no clear error.  Accordingly, we affirm for the reasons stated by the tax court.  Harris v. Comm'r of Internal Revenue, No. 24102-06 (U.S.T.C. Nov. 23, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED